

# IN THE
# TENTH COURT OF APPEALS

## No. 10-18-00169-CV

## IN THE INTEREST OF L.D.W., A CHILD

**From the County Court at Law**
**Bosque County, Texas**
**Trial Court No. CV17164**

## ORDER

This proceeding has been set for submission on August 29, 2018 in an effort to meet the Court's State-mandated disposition schedule.

The Department's brief in this proceeding is due July 26, 2018. The Department has filed a motion for extension of time, requesting that the time to file its brief be extended to August 15, 2018. The motion is granted.

The Court notes that there is no pending appeal by D.W., thus, the lack of a brief by D.W. should in no way impede or delay the completion of the State's brief in the appeal by H.S. Moreover, the Court's opinion could issue at any time after the submission date has passed; thus, notwithstanding the grant of an extension, the brief

should be filed as soon as possible if it is to help the Court in the preparation of the opinion.

PER CURIAM

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Motion granted
Order issued and filed July 25, 2018

